# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: 650 CHURCH ROAD, LLC | § | Case No. 19-12497 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

TERRY P. DERSHAW, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  N/A

Total Distribution to Claimants: $773,944.42

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $136,392.34

3)  Total gross receipts of $     910,336.76    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $910,336.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $27,054,427.79 | $29,090,303.86 | $29,090,016.15 | $773,944.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 136,392.34 | 136,392.34 | 136,392.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $27,054,427.79 | $29,226,696.20 | $29,226,408.49 | $910,336.76 |

4)  This case was originally filed under Chapter 7 on April 17, 2019. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2021_____   By: _/s/TERRY P. DERSHAW, TRUSTEE_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - PNC 2123 | 1129-000 | 1,336.76 |
| REAL ESTATE - 650 CHURCH ROAD, FLOURTOWN, PA | 1110-000 | 909,000.00 |
| **TOTAL GROSS RECEIPTS** | | $910,336.76 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | OXFORD FINANCE LLC | 4110-000 | 27,054,427.79 | 28,957,794.02 | 28,957,794.02 | 641,722.29 |
| 2 | WHITEMARSH TOWNSHIP AUTHORITY | 4120-000 | N/A | 512.61 | 224.90 | 224.90 |
| | OXFORD FINANCE LLC | 4110-000 | N/A | 74,233.33 | 74,233.33 | 74,233.33 |
| | WHITEMARSH HILLS HOMEOWNERS | 4110-000 | N/A | 110.60 | 110.60 | 110.60 |
| | MONTGOMERY COUNTY TAX CLAIM BUREAU | 4700-000 | N/A | 57,653.30 | 57,653.30 | 57,653.30 |
| **TOTAL SECURED CLAIMS** | | | $27,054,427.79 | $29,090,303.86 | $29,090,016.15 | $773,944.42 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - TERRY P. DERSHAW, TRUSTEE | 2100-000 | N/A | 48,766.84 | 48,766.84 | 48,766.84 |
| Trustee Expenses - TERRY P. DERSHAW, TRUSTEE | 2200-000 | N/A | 23.25 | 23.25 | 23.25 |
| Other - TRUSTEE INSURANCE AGENCY | 2420-000 | N/A | 2,910.00 | 2,910.00 | 2,910.00 |
| Other - BHHS FOX & ROACH - BLUE BELL | 3510-000 | N/A | 27,270.00 | 27,270.00 | 27,270.00 |
| Other - BHHS FOX & ROACH - HAVERFORD HOME MARKETING | 3510-000 | N/A | 27,645.00 | 27,645.00 | 27,645.00 |
| Other - BHHS FOX & ROACH - BLUE BELL | 3520-000 | N/A | 103.00 | 103.00 | 103.00 |
| Other - FOX ROTHSCHILD LLP | 3210-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 56.13 | 56.13 | 56.13 |
| Other - WHITEMARSH TOWNSHIP | 2820-000 | N/A | 217.62 | 217.62 | 217.62 |
| Other - TRIDENT LAND TRANSFER COMPANY LP | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - TRIDENT LAND TRANSFER COMPANY LP | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - TRIDENT LAND TRANSFER COMPANY LP | 2500-000 | N/A | 9.00 | 9.00 | 9.00 |
| Other - MONTGOMERY COUNTY RECORDER OF DEEDS | 2500-000 | N/A | 80.75 | 80.75 | 80.75 |
| Other - MONTGOMERY COUNTY RECORDER OF DEEDS | 2500-000 | N/A | 80.75 | 80.75 | 80.75 |
| Other - MONTGOMERY COUNTY RECORDER OF DEEDS | 2500-000 | N/A | 4,545.00 | 4,545.00 | 4,545.00 |
| Other - MONTGOMERY COUNTY RECORDER OF DEEDS | 2500-000 | N/A | 4,545.00 | 4,545.00 | 4,545.00 |
| Other - WHITEMARSH TOWNSHIP | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $136,392.34 | $136,392.34 | $136,392.34 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-12497

**Case Name:**   650 CHURCH ROAD, LLC

**Period Ending:** 01/18/21

**Trustee:**   (580730)    TERRY P. DERSHAW, TRUSTEE

**Filed (f) or Converted (c):**  04/17/19 (f)

**§341(a) Meeting Date:**   05/17/19

**Claims Bar Date:**   01/03/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS - PNC 2123<br>  ASSET SUBJECT TO UCC-1 LIEN OF SECURED<br>CREDITOR | 1,336.76 | 1,336.76 | | 1,336.76 | FA |
| 2 | REAL ESTATE - 650 CHURCH ROAD,<br>FLOURTOWN, PA | 1,273,648.61 | Unknown | | 909,000.00 | FA |
| 2 | **Assets**    Totals (Excluding unknown values) | **$1,274,985.37** | **$1,336.76** | | **$910,336.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/21/20 CALL FROM TITLE CLERK - SHE ONLY SENT ONE CHECK AND NOT BOTH

11/21/2019   34   Order Granting Motion to Approve Settlement Agreement by and between Chapter 7 Trustee and Oxford Financial, LLC, as Agent. (Related Doc # 24) (S., Antoinette) (Entered: 11/22/2019)

11/12/2019   30   Order Granting Application to Employ Berkshire Hathaway Fox & Roach Realtors. (Related Doc # 23) (D., Stacey) (Entered: 11/13/2019)

**Initial Projected Date Of Final Report (TFR):**      December 31, 2021        **Current Projected Date Of Final Report (TFR):**      June 3, 2020  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 19-12497
**Case Name:** 650 CHURCH ROAD, LLC

**Taxpayer ID #:** **-***1573
**Period Ending:** 01/18/21

**Trustee:**  TERRY P. DERSHAW, TRUSTEE (580730)
**Bank Name:** People's United Bank
**Account:** ********2047 - Checking Account
**Blanket Bond:** $18,720,275.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/20 | {1} | PNC BANK | TURNOVER OF BANK ACCOUNT | 1129-000 | 1,336.76 | | 1,336.76 |
| 02/03/20 | 101 | TRUSTEE INSURANCE AGENCY | INV # 12883 | 2420-000 | | 970.00 | 366.76 |
| 03/24/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 366.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,336.76** | **1,336.76** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 366.76 | |
| | | | **Subtotal** | | **1,336.76** | **970.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,336.76** | **$970.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-12497

**Case Name:** 650 CHURCH ROAD, LLC

**Taxpayer ID #:** **-***1573

**Period Ending:** 01/18/21

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)

**Bank Name:** People's United Bank

**Account:** ********3728 - Real Estate Checking Acct

**Blanket Bond:** $18,720,275.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/20 | {2} | BRIAN RANZAZZO | EARNEST DEPOSIT IN 650 CHURCH ROAD | 1110-000 | 90,900.00 | | 90,900.00 |
| 03/24/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 90,900.00 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **90,900.00** | **90,900.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 90,900.00 | |
| **Subtotal** | **90,900.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$90,900.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/18/2021 05:56 AM    V.20.29

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 19-12497
**Case Name:** 650 CHURCH ROAD, LLC

**Taxpayer ID #:** **-***1573
**Period Ending:** 01/18/21

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******6473 - Checking Account
**Blanket Bond:** $18,720,275.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/24/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 366.76 | | 366.76 |
| 05/22/20 | {2} | TRIDENT LAND TRANSFER COMPANY LP | PROJECTED COUNSEL FEES PER COURT APPROVED AGREEMENT | 1110-000 | 20,000.00 | | 20,366.76 |
| 05/22/20 | | TRIDENT LAND TRANSFER COMPANY LP | PROJECTED TRUSTEE COMMISSION PURSUANT TO SETTLEMENT  - LENDER RECEIVED BALANCE OF FUNDS AFTER HOLDBACK OF COUNSEL FEES AND TRUSTEE COMMISSION | | 48,700.00 | | 69,066.76 |
| | {2} | BRIAN RANDAZZO AND LOGAN RANDAZZO | GROSS SALE PRICE          909,000.00 | 1110-000 | | | 69,066.76 |
| | {2} | BRIAN RANDAZZO AND LOGAN RANDAZZO | EXCESS DEPOSIT            -90,900.00 | 1110-000 | | | 69,066.76 |
| | | WHITEMARSH TOWNSHIP | 2020 COUNTY/TWP          -217.62 TAX ($6,717.36) LESS CITY/TOWN TAX CREDIT ($4,147.88) FOR 5/20/20-1/1/21 LESS SCHOOL TAX CREDIT ($2,351.86) FOR 5/20/20-7/1/20 | 2820-000 | | | 69,066.76 |
| | | TRIDENT LAND TRANSFER COMPANY LP | DOCUMENT                 -75.00 PREPARATION FEE | 2500-000 | | | 69,066.76 |
| | | TRIDENT LAND TRANSFER COMPANY LP | EXPRESS MAIL FEE -        -60.00 SELLER | 2500-000 | | | 69,066.76 |
| | | TRIDENT LAND TRANSFER COMPANY LP | OUTGOING WIRE FEE         -9.00 | 2500-000 | | | 69,066.76 |
| | | BHHS FOX & ROACH - BLUE BELL | BUYER'S BROKER          -27,270.00 COMMISSION | 3510-000 | | | 69,066.76 |
| | | BHHS FOX & ROACH - HAVERFORD HOME MARKETING | SELLER'S BROKER         -27,270.00 COMMISSION | 3510-000 | | | 69,066.76 |
| | | BHHS FOX & ROACH - HAVERFORD HOME MARKETING | SELLER'S BROKER           -375.00 COMMISSION | 3510-000 | | | 69,066.76 |
| | | BHHS FOX & ROACH - BLUE BELL | REIMBURSEMENT FOR         -35.00 CERTIFICATIONS | 3520-000 | | | 69,066.76 |
| | | BHHS FOX & ROACH - BLUE BELL | REIMBURSEMENT FOR         -68.00 TAX CERTIFICATION | 3520-000 | | | 69,066.76 |
| | | MONTGOMERY COUNTY | SATISFACTION PIECE        -80.75 | 2500-000 | | | 69,066.76 |

Subtotals :                    $69,066.76          $0.00

{} Asset reference(s)

Printed: 01/18/2021 05:56 AM    V.20.29

Exhibit 9

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 19-12497 | | **Trustee:** | TERRY P. DERSHAW, TRUSTEE (580730) |
|---|---|---|---|---|
| **Case Name:** | 650 CHURCH ROAD, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******6473 - Checking Account |
| **Taxpayer ID #:** | **-***1573 | | **Blanket Bond:** | $18,720,275.00  (per case limit) |
| **Period Ending:** | 01/18/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | RECORDER OF DEEDS | | | | | |
| | | MONTGOMERY COUNTY RECORDER OF DEEDS | TERMINATION OF LEASES & RENTS | -80.75 | 2500-000 | | | 69,066.76 |
| | | MONTGOMERY COUNTY RECORDER OF DEEDS | TRANSFER TAX - COUNTY | -4,545.00 | 2500-000 | | | 69,066.76 |
| | | MONTGOMERY COUNTY RECORDER OF DEEDS | TRANSFER TAX - STATE | -4,545.00 | 2500-000 | | | 69,066.76 |
| | | OXFORD FINANCE LLC | FIRST MORTGAGE PAYOFF | -624,835.08 | 4110-000 | | | 69,066.76 |
| | | WHITEMARSH TOWNSHIP | 2020 COUNTY/TOWNSHIP DUPLICATE BILL FEE | -5.00 | 2500-000 | | | 69,066.76 |
| | {2} | ESTATE OF 650 CHURCH ROAD, LLC | LESS PROJECTED ATTORNEY FEES | -20,000.00 | 1110-000 | | | 69,066.76 |
| | | WHITEMARSH HILLS HOMEOWNERS | HOA ANNUAL ASSESSMENT FOR 2019-2020 ($160.00) LESS CREDIT FOR 5/20/20-7/1/20 ($49.40) | -110.60 | 4110-000 | | | 69,066.76 |
| | | WHITEMARSH TOWNSHIP AUTHORITY | SEWER ($345.84) LESS CREDIT FOR 5/20/20-9/30/20 ($120.94) | -224.90 | 4120-000 | | | 69,066.76 |
| | | MONTGOMERY COUNTY TAX CLAIM BUREAU | TAX CLAIM LIEN | -57,653.30 | 4700-000 | | | 69,066.76 |
| | | TRUSTEE INSURANCE AGENCY | INVOICE TO TRUSTEE INSURANCE AGENCY | -1,940.00 | 2420-000 | | | 69,066.76 |
| 05/22/20 | | From Account #******6538 | TRANSFER OF REAL ESTATE FUNDS POST SETTLEMENT | 9999-000 | 90,900.00 | | 159,966.76 |
| 05/22/20 | 10102 | OXFORD FINANCE LLC | PAYMENT TO SECURED LENDER PURSUANT TO ORDER LESS AGREED CARVEOUT HELDOVER FOR POTENTIAL UNSECURED CLAIMSPAYMENT TO SECURED LENDER PURSUANT TO ORDER LESS AGREED CARVEOUT HELDOVER FOR POTENTIAL UNSECURED CLAIMS | 4110-000 | | 74,233.33 | 85,733.43 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 56.13 | 85,677.30 |
| 12/14/20 | 10103 | TERRY P. DERSHAW, TRUSTEE | Dividend paid 100.00% on $48,766.84, Trustee Compensation;  Reference: | 2100-000 | | 48,766.84 | 36,910.46 |

Subtotals :      $90,900.00      $123,056.30

{} Asset reference(s)

Printed: 01/18/2021 05:56 AM      V.20.29

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-12497

**Case Name:** 650 CHURCH ROAD, LLC

**Taxpayer ID #:** **-***1573

**Period Ending:** 01/18/21

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)

**Bank Name:** Metropolitan Commercial Bank

**Account:** ******6473 - Checking Account

**Blanket Bond:** $18,720,275.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/20 | 10104 | TERRY P. DERSHAW, TRUSTEE | Dividend paid 100.00% on $23.25, Trustee Expenses;  Reference: | 2200-000 | | 23.25 | 36,887.21 |
| 12/14/20 | 10105 | FOX ROTHSCHILD LLP | Dividend paid 100.00% on $20,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 20,000.00 | 16,887.21 |
| 12/14/20 | 10106 | OXFORD FINANCE LLC | Dividend paid   2.21% on $28,957,794.02; Claim# 1; Filed: $28,957,794.02; Reference: | 4110-000 | | 16,887.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 159,966.76 | 159,966.76 | $0.00 |
| | | | Less: Bank Transfers | | 91,266.76 | 0.00 | |
| | | | **Subtotal** | | 68,700.00 | 159,966.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$68,700.00** | **$159,966.76** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 19-12497 | **Trustee:** TERRY P. DERSHAW, TRUSTEE (580730) |
| **Case Name:** 650 CHURCH ROAD, LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******6538 - Real Estate Checking Acct |
| **Taxpayer ID #:** **-***1573 | **Blanket Bond:** $18,720,275.00  (per case limit) |
| **Period Ending:** 01/18/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/24/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 90,900.00 | | 90,900.00 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 72.93 | 90,827.07 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 145.75 | 90,681.32 |
| 05/20/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -218.68 | 90,900.00 |
| 05/22/20 | | To Account #******6473 | TRANSFER OF REAL ESTATE FUNDS POST SETTLEMENT | 9999-000 | | 90,900.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 90,900.00 | 90,900.00 | $0.00 |
| Less: Bank Transfers | 90,900.00 | 90,900.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 160,936.76 |
| Plus Gross Adjustments : | 749,400.00 |
| Net Estate : | $910,336.76 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********2047** | 1,336.76 | 970.00 | 0.00 |
| **Checking # ********3728** | 90,900.00 | 0.00 | 0.00 |
| **Checking # ******6473** | 68,700.00 | 159,966.76 | 0.00 |
| **Checking # ******6538** | 0.00 | 0.00 | 0.00 |
| | $160,936.76 | $160,936.76 | $0.00 |